IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. R., MOTHER OF D. R. AND
D. R.,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1325

_____/

Opinion filed July 5, 2017.

An appeal from the Circuit Court for Gilchrist County.
Monica J. Brasington, Judge.

Lindsey Lander, Trenton, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.